# Court of Appeals
# of the State of Georgia

ATLANTA,  December 12, 2018

*The Court of Appeals hereby passes the following order:*

**A19A0628.  CRAIG BRUCE BROGDON v. THE STATE.**

On April 26, 2017, Craig Bruce Brogdon's probation was revoked based upon the commission of a new felony offense.  Brogdon filed a motion to correct his sentence to reflect full credit for time served and an extraordinary motion for new trial.  The trial court denied both motions, and Brogdon then filed this direct appeal from the order. We lack jurisdiction.

As to Brogdon's motion to correct his sentence, the underlying subject matter of Brogdon's appeal is the revocation of his probation. In order to obtain appellate review, he was thus required to file an application for discretionary appeal.  See OCGA § 5-6-35 (a) (5); *Jones v. State*, 340 Ga. App. 101, 102 (796 SE2d 487) (2017).  An appeal from the denial of an extraordinary motion for new trial also requires an application for discretionary appeal.  OCGA § 5-6-35 (a) (7).  See generally *Balkcom v. State*, 227 Ga. App. 327 (489 SE2d 129) (1997).   Brogdon's failure to comply with the discretionary appeal requirements deprives this Court of jurisdiction to consider this appeal.  Accordingly, this appeal is ordered DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  12/12/2018*
*I certify that the above is a true extract from* the minutes of the Court of Appeals of Georgia.
*Witness my signature and the seal of said court* hereto affixed the day and year last above written.

_____ , *Clerk.*